IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEAN CARLOS MORAN-PROVEDA, :
:
Petitioner, :
: 1:25-CV-1609
v. : (JUDGE MARIANI)
:
COMMONWEALTH OF :
PENNSYLVANIA, et al., :
:
Respondents. :

## ORDER

AND NOW, THIS 26th DAY OF SEPTEMBER, 2025, upon review of Magistrate Judge Susan Schwab's Report and Recommendation ("R&R") (Doc. 2) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 2) is **ADOPTED** for the reasons set forth therein.

2. The above-captioned action is **TRANSFERRED** to the United States District Court for the Eastern District of Pennsylvania.

3. The Clerk of Court is directed to **CLOSE** the case in the Middle District of Pennsylvania.

Robert D. Mariani
United States District Judge